**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | CenterPoint Productions, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 75-2688530 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **13445 S. Jupiter** <br> **Dallas, TX 75238** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dallas** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **CenterPoint Productions, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **CenterPoint Productions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

Check all that apply:

☐■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **CenterPoint Productions, Inc.**                                    Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | CenterPoint Productions, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 10, 2023**
MM / DD / YYYY

X **/s/ David Horowitz**                                    **David Horowitz**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**                    Date    **August 10, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone    **972-991-5591**    Email address    **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CenterPoint Productions, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** P.O. Box 6031 Carol Stream, IL 60197-6031 | | | | | | **$34,557.47** |
| **Bank of America** P.O. Box 660710 Dallas, TX 75226-0710 | | | | | | **$21,738.37** |
| **Bank of America** P.O. Box 15796 Willington, DE 19886-5796 | | | | | | **$46,141.61** |
| **Chase Card Services** P.O. Box 6294 Carol Stream, IL 60197-6294 | | | | | | **$35,558.06** |
| **Citi Cards** P.O. Box 78045 Phoenix, AZ 85062-8045 | | | | | | **$26,912.18** |
| **First National Bank of Tom Bean** PO Box 98 Tom Bean, TX 75489 | | | | | | **$138,678.73** |
| **Funding Metric** 3220 Tillman Dr #200 Bensalem, PA 19020 | | | | | | **$49,251.36** |
| **GM Financial** PO Box 183593 Arlington, TX 76096 | | | | | | **$24,798.67** |
| **Highland Capital** 450 Fairway Dr #210 Deerfield Beach, FL 33441 | | | | | | **$66,619.00** |

Debtor    **CenterPoint Productions, Inc.**    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Highland Hill Capital, LLC c/o David Fogel 1225 Franklin Ave Suite 201 Garden City, NY 11530** | | | | | | **$115,025.00** |
| **Honed Surfaces, LLC David Horowitz 13445 Jupiter Rd Dallas, TX 75238** | | | | | | **$619,000.00** |
| **Interanl Revenue Services 100 Commerce Street Mail Code DAL-5027 Dallas, TX 75242** | | | | | | **$40,942.00** |
| **Jonathan Millwork Installation Inc Jonathan Lopez 1032 E Grubb Drive Mesquite, TX 75149** | | | | | | **$38,571.25** |
| **Merchants Bank FKA Merchants Capital Resource P. O. Box 228 Winona, MN 55987** | | | | | | **$56,304.00** |
| **Merk Funding, Inc c/o Ershowsky Vertandig, PLLC 290 Central Ave Suite 109 Lawrence, NY 11559** | | | | | | **$72,750.00** |
| **On-deck Capital 4700 W. Daybreak Parkway, Suite 200 South Jordan, UT 84009** | | | | | | **$171,295.55** |
| **US Bank PO Box 790448 St. Louis, MO 63179-0448** | | | | | | **$30,615.00** |
| **VC Installation VC Installation Victor M. Calvo 101 Wildhaven Drive Garland, TX 75043** | | | | | | **$34,699.00** |
| **Wall Street Funding 64 Beaver St #415 New York, NY 10004** | | | | | | **$346,700.06** |

Debtor   **CenterPoint Productions, Inc.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo P.O. Box 77033 Los Angeles, CA 90051-5474** | | | | | | **$51,974.14** |

BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                    §
                                          §
   **CenterPoint Productions, Inc.**      §          Case No.:
                                          §
                                          §
                                          §
                        Debtor(s)         §
                                          §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■   is the first mail matrix in this case.

☐   adds entities not listed on previously filed mailing list(s).

☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐   deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **August 10, 2023**            **/s/ David Horowitz**
                                        **David Horowitz/President**
                                        Signer/Title

Date:   **August 10, 2023**            **/s/ Eric A. Liepins**
                                        Signature of Attorney
                                        **Eric A. Liepins**
                                        **Eric A. Liepins**
                                        **12770 Coit Road**
                                        **Suite 850**
                                        **Dallas, TX 75251**
                                        **972-991-5591   Fax: 972-991-5788**

                                        **75-2688530**
                                        Debtor's Social Security/Tax ID No.

                                        _____
                                        Joint Debtor's Social Security/Tax ID No.

4K Lift Co, LLC
9005 Sovereign Row
Dallas, TX 75247

AFLAC
Attn:  Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999-0797

Air Fasteners Inc
1610 North I-35 East
Carrollton, TX

Ally
Payment Processing Center
PO Box 9001948
Louisville, KY 40290-1948

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

ATMOS Energy (average during hot months)
P.O. Box 790311
St. Louis, MO 63179-0311

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America
P.O. Box 660710
Dallas, TX 75226-0710

Bank of America
P.O. Box 6031
Dallas, TX 75285-1001

Bank of America
P.O. Box 15796
Willington, DE 19886-5796


BFG CORPORATION
2801 LAKESIDE DRIVE, SUITE 212
Deerfield, IL 60015


Big D Bolt & Tool
3633 W Miller Rd
Garland, TX 75041


BlueCross BlueShield of Texas (average)
P O Box 650615
Dallas, TX 75265-0615


Byline Financial
2801 Lakeside Dr #212
Bannockburn, IL 60015


Capital One
P.O. Box 60519
City of Industry, CA 91716-0519


Carrollton Complete Auto Care
1401 Wainwright Way
Carrollton, TX 75007


CCP Industries
P.O. Box 734569
Chicago, IL 60673-4569


Chase Card Services
P.O. Box 6294
Carol Stream, IL 60197-6294

CHTD COMPANY
P.O. BOX 2576
Springfield, IL 62708


Citi Cards
P.O. Box 78045
Phoenix, AZ 85062-8045


CitiBusiness Card
P.O. Box 78045
Louisville, KY 40290-1037


CORPORATION SERVICE COMPANY
PO BOX 2576
Springfield, IL 62708


Crouch Sales
2636 Irving Blvd
Dallas, TX 75207-5984


CSC, AS REPRESENTATIVE
P.O. BOX 2576
Springfield, IL 62708


Dakota
PO Box 840764
Dallas, TX 75284-0764


Datamax (copier service agreement)
P.O. Box 2235
St. Louis, MO 63109


DFW Movers & Erectors
3209 Galvez Ave
Fort Worth, TX 76111

Edgebanding Services Inc.
Cust # CEN20
San Dimas, CA 91773-2489


Enterprise
PO Box 840173
Kansas City, MO 64184-0173


FedEx Freight
DEPT CH
Palatine, IL 60055-0306


First National Bank of Tom Bean
PO Box 98
Tom Bean, TX 75489


Framatech
8851 Navarre Parkway
Navarre, FL 32566


Funding Metric
3220 Tillman Dr #200
Bensalem, PA 19020


GLOBAL MERCHANT CASH INC
64 BEAVER STREET
New York, NY 10040


GM Financial
PO Box 183593
Arlington, TX 76096


Grainger
Dept 846386944
Kansas City, MO

Hallmark Building Supplies Inc.
BIN 88970
Milwaukee, WI 53288-0970


HANMI BANK
3660 WILSHIRE BLVD.
Los Angeles, CA 90010


HANMI BANK
3660 WILSHIRE BLVD., PH. A
Los Angeles, CA 90010


Hanmi Bank
PO Box 3892
Seattle, WA 98124-3892


Highland Capital
450 Fairway Dr #210
Deerfield Beach, FL 33441


Highland Hill Capital, LLC
c/o David Fogel
1225 Franklin Ave
Suite 201
Garden City, NY 11530


Home Depot Credit Services
P.O. Box 9001030
Louisville, KY 40290-1030


Honed Surfaces, LLC
David Horowitz
13445 Jupiter Rd
Dallas, TX 75238


IMA  America Corp
PO Box 80324
Raleigh, NC 27623

Innergy
Cole Eklund
1010 N Summit Ave
Saulk Rapids, MN 56379


Interanl Revenue Services
100 Commerce Street
Mail Code DAL-5027
Dallas, TX 75242


J & S Installation
Jorge Luna
211 South 4th St.
Wylie, TX 75098


Jonathan Millwork Installation Inc
Jonathan Lopez
1032 E Grubb Drive
Mesquite, TX 75149


Kaeser Compressor
P.O. Box 946
Fredericksburg, VA 02240-4946


Kais Cabinets, LLC
Bow Chadwick
3905 Stuart St.
Greenville, TX 75401


Klingspor Abrasives, Inc.
Klingspor Abrasives
P.O. Box 2367
Hickory, NC 28603


Leitz Tooling Systems LP
Leitz Tooling Systems LP
P.O. Box 771888
Detroit, MI 48277-1888


Louis & Company
Louis & Company
P.O. Box 2253
Brea, CA 92822-2253

Lowes Business Acct/SYNCB
P.O. Box 669824
Dallas, TX 75266-0781


McKillican American, Inc.
McKillican American, Inc.
1536 Hutton Dr #150
Carrollton, TX 75006


Merchants Bank
National Association
7600 Parklawn Ave
Suite 384
Minneapolis, MN 55435


Merchants Bank
FKA Merchants Capital Resource
P. O. Box 228
Winona, MN 55987


Merk Financial
2071 Flatbush Ave #6
Brooklyn, NY 11234


Merk Funding, Inc
c/o Ershowsky Vertandig, PLLC
290 Central Ave
Suite 109
Lawrence, NY 11559


Metals4U, Inc.
Metals4U, Inc.
P.O. Box 560626
Dallas, TX 75356-0626


Microvellum
Microvellum
444 S Haskell Street
Central Point, OR 97502


Mitsubishi HC Capital
21925 Network Place
Chicago, IL 60673-1219

Moreno Millwork and Flooring Installatio
Moreno Millwork and Flooring Installatio
Ascencion Moreno
3132 Hanna Ranch Blvd.
Ft Worth, TX 76140


Northwest Propane Gas Company
Northwest Propane Gas Co
dba Northwest Propane Gas Company
1515 W. Belt Line Rd, Suite 100
Carrollton, TX 75006


Northwood Industrial Machinery Inc.
Northwood Industrial Machinery Inc.
11610 Commonwealth Drive
Louisville, KY 40299


On-deck Capital
4700 W. Daybreak Parkway, Suite 200
South Jordan, UT 84009


Plywood Company of Ft Worth
Plywood Company of Ft Worth
4301 N. Sylvania Ave
Ft. Worth, TX 76137


RC Cabinet & Millwork Installation
RC Cabinet & Millwork Installation
Ricardo Cervantes
508 East Purnell St Ste F
Lewisville, TX 75057


Richardson Fire Equipment
Richardson Fire Equipment
P O Box 835724
Richardson, TX 75083-5724


Richelieu Detroit
Richelieu
237 N River Road, Suite 2
Mt Clemens, MI 48043


Riverat Millwork Installations
Riverat Millwork Installations
Oswaldo A Cruz Rivera
709 E Oates Rd, Trl E
Garland, TX 75043

Rugby Arditectural Building Products
Rugby
P.O. Box 842735
Dallas, TX 75284-2735


SAM'S Club/Synchrony Bank
P.O. Box 669825
Dallas, TX 75266-0782


Schelling America, Inc.
Schelling America, Inc.
301 Kitty Hawk Drive
Morrisville, NC 27560


SIGNATURE BUSINESS LEASING LLC
225 BROADHOLLOW ROAD, SUITE 132W
Melville, NY 11747


Southwest Materials Handling Company
4719 Almond Street
Dallas, TX 75247-6499


Stuart Hose & Pipe Co. Ltd
Stuart Hose
PO Box 842871
Dallas, TX 75284-2871


SUSQUEHANNA COMMERCIAL FINANCE, INC.
2 COUNTRY VIEW ROAD
SUITE 300
Malvern, PA 19355


Texas Paint & Wallpaper
Texas Paint & Wallpaper
4410 Ross Avenue
Dallas, TX 75204


THE FIRST NATIONAL BANK OF TOM BEAN
109 SOUTH BRITTON STREET
Tom Bean, TX 75489

The Sherwin-Williams Co.
Sherwin-Williams
Accounts Receivable Dept.
11233 Leo Ln
Dallas, TX 75229-4715


The Wood Gallery, Inc.
Wood Gallery
Steve Lee
10724 Goodnight Ln
Dallas, TX 75220


Trif Technologies
5757 Alpha Road
Suite 530
Dallas, TX 75240


U.S. Bank
PO Box 790408
St. Louis, MO 63179-0408


U.S. BANK EQUIPMENT FINANCE, A DIVISION
OF U.S. BANK NATIONAL ASSOCIATION
1310 MADRID STREET
Marshall, MN 56258


US Bank
PO Box 790448
St. Louis, MO 63179-0448


VC Installation
VC Installation
Victor M. Calvo
101 Wildhaven Drive
Garland, TX 75043


Wall Street Funding
64 Beaver St #415
New York, NY 10004


Wells Fargo
P.O. Box 77033
Minneapolis, MN 55480-7733

Wells Fargo
P.O. Box 77033
Los Angeles, CA 90051-5474


Wilsonart International, Inc.
Wilsonart
P.O. Box 730190
Dallas, TX 75373-0190


Wood Finishers Depot
Wood Finishers Depot
5215 Sjolander Rd
Baytown, TX 77521

# United States Bankruptcy Court
### Northern District of Texas

In re   **CenterPoint Productions, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CenterPoint Productions, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 10, 2023**

Date

**/s/ Eric A. Liepins**

**Eric A. Liepins**
Signature of Attorney or Litigant
Counsel for   **CenterPoint Productions, Inc.**
**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**